IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KARL CARTER**                                                                                                  **PLAINTIFF**
**ADC #099771**

v.                                     Case No. 1:13-cv-00079-KGB/JJV

**JEREMY GLENN, Officer,**
**Corporal, North Central Unit,** *et al.*                                                                **DEFENDANT**

### ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Joe J. Volpe (Dkt. No. 10). Plaintiff Karl Carter filed a timely objection (Dkt. No. 11). After a review of the Proposed Findings and Recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety.

It is therefore ordered that:

1. Mr. Carter's claim for monetary damages from defendants in their official capacities is dismissed.

2. Mr. Carter's racial discrimination claims are dismissed.

3. Defendants Tyson and Norman L. Hodges, Jr., are dismissed.

SO ORDERED this 14th day of April, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE