IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KARL CARTER**                                                                                                  **PLAINTIFF**
**ADC #099771**

**v.**                                       **Case No. 1:13-cv-00079-KGB/JJV**

**JEREMY GLENN, Officer,**
**Corporal, North Central Unit,** *et al.*                                                       **DEFENDANT**

## ORDER

The Court has reviewed the second Proposed Findings and Recommendations from United States Magistrate Judge Joe J. Volpe (Dkt. No. 23). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. It is therefore ordered that defendants' motion to dismiss (Dkt. No. 13) is denied.

SO ORDERED this 14th day of April, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE