**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

KARL CARTER                                                                                           PLAINTIFF

v.                                              1:13CV00079-KGB-JJV

JEREMY GLENN, Officer,
Corporal, North Central Unit; *et al.*                                           DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.     The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial

1

evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Karl Carter ("Plaintiff") brought this action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights (Doc. No. 2). On October 13, 2014, Defendants filed a Motion to Compel (Doc. No. 29) and stated they had not received responses to written discovery propounded on August 8, 2014. On October 15, 2014, the Court granted Defendants' Motion and directed Plaintiff to respond to Defendants' discovery requests within fourteen days. (Doc. No. 31). Now, Defendants have filed a Notice (Doc. No. 32) informing the Court that Plaintiff has failed to respond within the allotted time and requesting that this action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.[1]

Based on the foregoing, the Court finds it appropriate to grant Defendants' request. The Court specifically directed Plaintiff to respond to Defendants' discovery within fourteen days (Doc. No. 31). The Court also warned Plaintiff that his failure to comply with its Order would result in a recommendation of dismissal. (*Id.*). He has failed to comply and, therefore, the Court recommends that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS, THEREFORE, RECOMMENDED THAT:

1. Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice;

---

[1] "If the plaintiff fails to prosecute or comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b).

2

    2.    The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

Dated this 10th day of November, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE